UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH BURGESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-2426-JRS-DLP |
| | ) |
| CITY OF CONNERSVILLE, INDIANA, | ) |
| | ) |
| Defendant. | ) |

**Stipulation of Dismissal**

The parties, by their counsel, stipulate to the dismissal of this case, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREFORE, the parties stipulate to the dismissal of this case, without prejudice.

| | |
|---|---|
| Kenneth J. Falk | s/ *Douglas A. Hoffman* (w/ permission) |
| Stevie J. Pactor | Douglas A. Hoffman |
| ACLU of Indiana | CARSON LLP |
| 1031 E. Washington St. | 5010 N. Stone Mill Rd. |
| Indianapolis, IN 46202 | Bloomington, IN 47408 |
| 317/635-4059 | 812/333-1225 |
| fax: 317/635-4105 | hoffman@carsonllp.com |
| kfalk@aclu-in.org | |
| spactor@aclu-in.org | Attorney for Defendant |

Attorneys for Plaintiff