UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KENNETH BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-2426-JRS-DLP |
| | ) | |
| CITY OF CONNERSVILLE, INDIANA, | ) | |
| | ) | |
| Defendant. | ) | |

## Acknowledgement of Dismissal

The parties, having filed the Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby acknowledges that this case has been DISMISSED, without prejudice.

SO ORDERED.

Date: 2/22/2022

                                                                                                         _____
                                                                                                         JAMES R. SWEENEY II, JUDGE
                                                                                                         United States District Court
                                                                                                         Southern District of Indiana

To:    All ECF-registered counsel of record